**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ORLANDO,<br><br>    Plaintiff<br><br>v.<br><br>RODEWAY INN,<br><br>    Defendant | Case No.: 2:22-cv-00404-APG-BNW<br><br>**Order** |

In light of the amended complaint (ECF No. 7),

I ORDER that the order to show cause (ECF No. 4) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction.

DATED this 6th day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE