# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO,<br><br>  Plaintiff<br><br>v.<br><br>RODEWAY INN, et al.,<br><br>  Defendants | Case No.: 2:22-cv-00404-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisified** |

In light of plaintiff James Orlando's response to the second order to show cause (ECF No. 29),

I ORDER that the order to show cause (ECF No. 28) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 9th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE