DANIEL A. MANN (SBN 015594)
DMann@FoxRothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.699.5935

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO, | Case No. 2:22-cv-00404-APG-BNW |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| CHOICE HOTELS INTERNATIONAL, INC.; RODEWAY INN; SMRUTI LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that DANIEL A. MANN, Esq. hereby withdraws as counsel for defendant Choice Hotels International, Inc. ("CHI"), whereas the law firm of **Gordon Rees Scully Mansukhani LLP** (Sean P. Flynn, Esq., appearing) will continue with representation on behalf of CHI.

DATED this  6th   day of September, 2023.

**FOX ROTHSCHILD LLP**

*/s/ Daniel Mann*
DANIEL A. MANN

- 1 -

147526637.1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Fox Rothschild LLP and that on the __6th__ day of July, 2023, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** via electronic transmission through the Court's CM/ECF system.

/s/ Daniel Mann
An employee of Fox Rothschild LLP

**IT IS SO ORDERED**

**DATED:** 8:48 pm, September 07, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

147419275 147526637.1