SEAN P. FLYNN  (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com

Attorneys for Defendant
*CHOICE HOTELS INTERNATIONAL, INC.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO, an individual, | CASE NO. 2:22-CV-00404-APG-BNW |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.** |
| CHOICE HOTELS INTERNATIONAL, INC.; SMRUTI LLC; ROES I-X, and DOES I-X. | |
| Defendants. | |

DATED this 2nd day of January, 2024.

**GORDON REES SCULLY MANSUKHANI**

*s/Sean P. Flynn*

_____
Sean P. Flynn
Attorneys for Defendant
Choice Hotels International, Inc.

DATED this ___ day of January, 2024.

**POWERS LAW**

_____
Eric S. Powers
Attorney for Plaintiff
James Orlando

IT IS SO ORDERED: that this case is dismissed with prejudice.
Dated: February 5, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE