UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO,<br><br>    Plaintiff<br><br>v.<br><br>RODEWAY INN, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00404-APG-BNW<br><br>**Order** |

    Defendant SMRUTI LLC is the only remaining defendant in this case. Plaintiff James Orlando has taken no action to prosecute this action against SMRUTI since I denied his motion for entry of clerk's default on February 2, 2024. ECF No. 41.

    I THEREFORE ORDER that by September 20, 2024, plaintiff James Orlando must either move for entry of default and default judgment or voluntarily dismiss his claims against SMRUTI. If Orlando does not take either of these actions by that date, I will dismiss his claims against SMRUTI without prejudice and without further notice.

    DATED this 30th day of August, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE