UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO, | Case No.: 2:22-cv-00404-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| RODEWAY INN, et al., | |
| Defendants | |

On August 30, 2024, I advised plaintiff James Orlando that if he did not take action in this case within by September 20, 2024, I would dismiss his claims against defendant SMRUTI, LLC for lack of prosecution. ECF No. 45. Orlando promptly moved for entry of default, which the clerk of court entered. ECF Nos. 47, 48. However, the case has again languished with no activity since that time.

I THEREFORE ORDER that by February 21, 2025, plaintiff James Orlando shall move for default judgment or I will dismiss his claims against defendant SMRUTI, LLC without prejudice for failure to prosecute.

DATED this 5th day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE