UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO, | Case No.: 2:22-cv-00404-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| RODEWAY INN, et al., | |
| Defendants | |

On August 30, 2024, I advised plaintiff James Orlando that if he did not take action in this case within by September 20, 2024, I would dismiss his claims against defendant SMRUTI, LLC for lack of prosecution. ECF No. 45.  Orlando promptly moved for entry of default, which the clerk of court entered. ECF Nos. 47, 48.  However, the case again languished with no activity since that time, so I ordered Orland to move for default judgment by February 21, 2025 or I would dismiss his claims against defendant SMRUTI, LLC without prejudice for failure to prosecute. ECF No. 49.  Orlando did not move for default judgment.

I THEREFORE ORDER that plaintiff James Orlando's claims against defendant SMRUTI, LLC are DISMISSED without prejudice for failure to prosecute.  The clerk of court is instructed to close this case.

DATED this 27th day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE