# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO, | Case No.: 2:22-cv-00404-APG-BNW |
| Plaintiff | **Order for Supplemental Briefing** |
| v. | [ECF No. 54] |
| RODEWAY INN, et al., | |
| Defendants | |

    James Orlando's motion for default judgment (ECF No. 54) lacks evidence to support some of his damages requests. Specifically, Orlando offers no records to support his request for $57,540 in medical bills from Penrose Hospital. Nor does he offer any evidence to support his request for past and future pain and suffering. Without such evidence, those requests must be denied. If Orlando intends to pursue those damages, he must file a supplemental brief offering sufficient evidence.

    I THEREFORE ORDER that James Orlando may file a supplemental brief supporting his motion for default judgment by June 6, 2025.

    DATED this 27th day of May, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE