UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ORLANDO, | Case No.: 2:22-cv-00404-APG-BNW |
| Plaintiff | **Order Granting Motion for Default Judgment** |
| v. | [ECF Nos. 54, 56] |
| SMRUTI, LLC, | |
| Defendant | |

James Orlando moved for default judgment against defendant SMRUTI, LLC. ECF No. 54. He did not properly support his request for damages, so I allowed him to file a supplement, which he did. ECF Nos. 55, 56. The clerk of the court entered default against SMRUTI. ECF No. 48. Orlando's supplemented motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). I thus find good cause to grant him default judgment.

I HEREBY ORDER that the motions for default judgment **(ECF Nos. 54, 56) are granted**. The clerk of the court is directed to enter judgment in favor of plaintiff James Orlando and against defendant SMRUTI, LLC in the amount of $343,485.83.[1]

DATED this 31st day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This amount is calculated based on the following: Logan County Hospital and Medical Center: $3,742.40; Air Ambulance: $47,553.00; Penrose Hospital and Medical Center: $61,690.43; past pain and suffering: $112,500.00; future pain and suffering: $118,000.00. ECF No. 56 at 2.