AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

James Orlando

                                                           JUDGMENT IN A CIVIL CASE

                 Plaintiff,

   v.                                     Case Number: 2:22-cv-00404-APG-BNW

SMRUTI, LLC

                 Defendant.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Plaintiff, James Orlando, and against Defendant, SMRUTI, LLC in the amount of $343,485.83.

07/31/2025                                                  DEBRA K. KEMPI
Date                                                           Clerk

                                                                      /s/ AMMi
                                                                      Deputy Clerk